PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Lawrence Marasco                                     Cr.: 04CR-279

Name of Sentencing Judicial Officer: Jose L. Linares

Date of Original Sentence: 11/16/04

Original Offense: Attempt to Evade or Defeat Tax

Original Sentence: 42 Months imprisonement, 3 years Supervised Release

Type of Supervision: Supervised Release            Date Supervision Commenced: January 25, 2008

### PETITIONING THE COURT

[ ]  To extend the term of supervision for          Years, for a total term of          Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall pay the Court Imposed fine of $30,000 at the monthly rate of at least $500.

### CAUSE

The offender has not made any payments on his fine since his release. He has agreed to make monthly payments of at least $500 in order to satisfy his court imposed financial obligations

Respectfully submitted,

By: Norma de Armas
Senior U.S. Probation Officer
Date: 5/30/08

THE COURT ORDERS:

[✓]  The Modification of Conditions as Noted Above
[ ]  The Extension of Supervision as Noted Above
[ ]  No Action
[ ]  Other

Signature of Judicial Officer

June 3, 2008